Actions by Solomon Feist against Weingarten Bros., by Anderson Price against the Western Distillery Company, and by Isidor W. Cohen against William Koster, Jr. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 111 N. Y. Supp. 848; 60 Misc. Rep. 65, 111 N. Y. Supp. 673.

In re FENN. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) In the matter of the application of Alice E. Fenn, an infant, individually and by Catherine D. Fenn, her guardian ad litem, to lay out a highway in the town of Putnam, and the assessment of damages therefor. No opinion. Motion denied. See, also, 128 App. Div. 10, 112 N. Y. Supp. 431.

FERBER, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by John Ferber, an infant, etc., against the American Ice Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

FINUCANE, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Amelia A. Finucane against Charles G. Warner. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 60 Misc. Rep. 336, 112 N. Y. Supp. 137.

FIRESTONE TIRE CO. v. AGNEW. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by the Firestone Tire Company against George B. Agnew. No opinion. Motion granted, and question certified. Order filed.

In re FLYNN. (Supreme Court, Appellate Division, First Department. December 11, 1908.) In the matter of Margaret Flynn. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of Dowling, J., in the court below. 58 Misc. Rep. 628, 111 N. Y. Supp. 1023. Order filed.

FLYNN, Respondent, v. ASHFIELD et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by George Flynn against J. Howard Ashfield and another. No opinion. Judgment and order unanimously affirmed, with costs.

FOY, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by James Foy against the city of New York and others. M. Hare, for appellant. T. Connoly and C. Blandy, for respondents. No opinion. Order affirmed, with $10 costs and disbursements to each respondent separately appearing and filing briefs. Order filed.

FREES v. BERNSTEIN. (Supreme Court, Appellate Division, Third Department. Novem-

ber 25, 1908.) Action by Chauncey A. Frees against Sol. Bernstein.

PER CURIAM. Motion granted, and appeal dismissed, with $10 costs of this motion to respondent, unless the appellant within 20 days from the date of service of copy of this order, together with the notice of entry thereof, pays to the respondent $10 costs of the motion and $10 for opening default, and serves printed papers, in which event this motion is denied, without costs.

FRESNO HOME PACKING CO. v. TURLE & SKIDMORE. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by the Fresno Home Packing Company against Turle & Skidmore. No opinion. Application granted. Order signed.

FRIEWALD, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Otto E. Friewald, as administrator, etc., against the International Railway Company.

PER CURIAM. Order affirmed, with costs.
ROBSON, J., dissents.

FRING v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Charles Fring against the city of New York. No opinion. Motion denied, with $10 costs. Order filed.

GALLAGHER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Alice Gallagher against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

GARVEY et al., Appellants, v. ABBOTT, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by James J. Garvey and John Garvey, copartners, etc., against Eva T. Abbott, as executrix, etc., of George B. Abbott, deceased. No opinion. Judgment of the Municipal Court affirmed, with costs.

GERTLER, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Abraham Gertler against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion denied, with $10 costs.

GILLEN, Respondent, v. CITY OF OSWEGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Ella Gillen, by guardian, etc., against the city of Oswego. No opinion. Judgment and order affirmed, with costs.

In re GILROY, Com'r of Public Works. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) In the matter